VOL. 91]          JANUARY TERM, 1912.                493

Burkley v. City of Omaha.      Fitzgerald v. Union Stock Yards Co.

FRANCIS J. BURKLEY, APPELLANT, V. CITY OF OMAHA,
APPELLEE.

FILED MAY 29, 1912.   No. 16,702.

APPEAL from the district court for Douglas county:
WILLIAM A. REDICK, JUDGE.   *Affirmed.*

*T. J. Mahoney* and *J. A. C. Kennedy,* for appellant.

*John A. Rine, W. C. Lambert* and *Clinton Brome,*
contra.

REESE, C. J.

This case was submitted with *Creighton University v.
City of Omaha, ante,* p. 486. It involves the identical ques-
tion presented in that case, and is decided the same way.
The judgment of the district court is

AFFIRMED.

SEDGWICK and HAMER, JJ., dissent.